UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-60380-CIV-MORENO

MG PRODUCTIONS OF SOUTH FLORIDA, INC.,

    Plaintiff,

vs.

HARTMAN AND TYNER, INC.,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND RELIEF FROM ORDER DISMISSING COUNTS I AND II WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's 60(b)(6) Motion for Reconsideration and Relief from Order Dismissing Count I and Count II with Prejudice **(D.E. 21)**, filed on **June 1, 2018**.

THE COURT has considered the motion, the response, the reply pertinent portions of the record, and is otherwise fully advised in the premises. "The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Baquero v. Lancet Indemnity Risk Retention Group, Inc.* No. 12-CIV-24105-FAM, 2013 WL 5705574, at *1 (S.D. Fla. Oct. 18, 2013)(internal quotations omitted). "Motions for reconsideration are appropriate where, for example, the Court has patently misunderstood a party, where there is an intervening change in controlling law or the facts of a case, or where there is manifest injustice." *Id.* Here, a motion for reconsideration is inappropriate. *Id.* ("A motion for reconsideration should not be used as a vehicle to present authorities available at the time of the first decision...")(internal citations omitted). Defendant filed objections to Magistrate

Judge Seltzer's Report and Recommendation, arguing that Counts I and II should be dismissed with prejudice. Plaintiff, at that time, had an opportunity to respond to Defendant's objections, but chose not to do so. This Court ultimately agreed with Defendant and sustained the objections. Plaintiff cannot now use a motion for reconsideration to raise an argument that would have—and could have—been timely made if raised in response to Defendant's objections. Plaintiff has waived the arguments. *See* S.D. Fla. L.R. 7.1(c). Accordingly, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of July 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record